UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19-30019MGM |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BETH ZASTAWNY | ) |  |

## MOTION FOR RULE 11 HEARING

The United States of America, by and through its undersigned attorneys, moves, with the assent of Raipher Pellegrino, counsel for the defendant Beth Zastawny, to schedule a Rule 11 hearing. The government has filed an Information charging the defendant with one count of Bank Fraud and three counts of Money Laundering, and the parties have agreed that the defendant will waive indictment and plead guilty to the counts in the Information. A written plea agreement signed by both parties will be submitted to the Court.

ANDREW E. LELLING
United States Attorney

By:     /s/ Alex J. Grant
ALEX J. GRANT
Assistant U.S. Attorney

Dated: April 30, 2019

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed by hand will be sent by email to counsel for the defendant.

/s/ Alex J. Grant
Alex J. Grant
Assistant United States Attorney